[No. 57234-2-I.   Division One.   March 5, 2007.]

*In the Matter of the Personal Restraint of* ANDRE P. KARLOW, *Petitioner.*

Petition for relief from personal restraint. *Denied* by unpublished opinion per Grosse, J., concurred in by Schindler, A.C.J., and Becker, J.


[No. 57275-0-I.   Division One.   March 5, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. C.R.B., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-03003-0, Palmer Robinson, J., entered November 10, 2005. *Affirmed* by unpublished per curiam opinion.


[No. 57597-0-I.   Division One.   March 5, 2007.]

JOHN GUARINO ET AL., *Respondents*, v. INTERACTIVE OBJECTS, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-16733-4, Gregory P. Canova, J., entered September 16 and November 23, 2005 and January 6, 2006. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Grosse, J., concurred in by Baker and Becker, JJ.


[No. 57727-1-I.   Division One.   March 5, 2007.]

THE ESTATE OF WILLIAM C. AYERS, *Appellant*, v. LOXIE J. AYERS, *Respondent*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 04-4-00434-2, Steven J. Mura, J., entered January 6, 2006. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Dwyer, JJ.